04MBD10107

⚜AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF      CONNECTICUT

Buchanan Marine, LP

V.

Zenone, Inc.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number:     3:02cv458(GLG)

I, _____Kevin F. Rowe_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___1/13/04___, as it
                                                                                                                           Date

appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

____April 7, 2004____          Kevin F. Rowe
Date                                            Clerk

                                                                                    *[signature]*
                                                                                  (By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 12  11 35 AM '04

BBUCHANAN MARINE, LP

vs.                                      Civil No. 3:02CV456 (GLG)

ZENONE, INC.

### DEFAULT JUDGMENT

This action came on for consideration before the Honorable Gerard L. Goettel, Senior United States District Judge, as a result of plaintiff's motion for default judgment. On October 28, 2003 default entered as to defendant Zenone, Inc.. On November 21, 2003 plaintiff moved for default judgment as to defendant Zenone, Inc.. On January 6, 2004, by endorsement order the Court granted the requested relief in the amount of $74,749.03.

Therefore, it is ORDERED and ADJUDGED that default judgment is entered for the plaintiff in the amount of $74,749.03 and the case is closed.

Dated at New Haven, Connecticut, this 9th day of January, 2004.

KEVIN F. ROWE, Clerk
By /s/ Frank DePino

Frank DePino
Deputy Clerk

EOD: _____

I hereby certify that the foregoing is a true copy of the Original Judgment on file. Date: 4/7/04

KEVIN F. ROWE
Clerk
By /s/
Deputy Clerk