UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.B.D. No.
04-10107

IN E: BUCHANAN MARINE, LP

Plaintiff

v.

ZENONE, INC.

Defendant

<u>ORDER</u>

May 27, 2004

COHEN, M.J.

     Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court [effective September 1, 1990], and upon review of the relevant pleadings, the motion of the judgment creditor, Buchanan Marine, LP, to request post-judgment remedy (# 02) is allowed.  The said James Zenone shall appear for a deposition at the Law Offices of Saulino & Sylvia, 550 Locust Street, Fall River, Massachusetts, on July 21, 2004, at 10:00 a.m., and he shall bring to that deposition those documents referred to in Schedule ìAî to the motion, that is, the same documents which he was previously

ordered to produce by the United States District Court for the District of Massachusetts.

In the event that the said James Zenone fails to appear as ordered herein, this court will recommend, upon motion duly filed, and consistent with the provisions of 28 U.S.C. 636(e)(6) and Rule 16 of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, that the said James Zenone be held in contempt of court.

_____
UNITED STATES MAGISTRATE JUDGE