UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-mc-10107

IN RE: BUCHANAN MARINE, LP )
         Plaintiff )
                                ) **NOTICE OF APPEARANCE**
VS. )
                                )
ZENONE, INC., )
         Defendant )

        Please enter my appearance on behalf of the Plaintiff, Buchanan Marine, LP, in the above-captioned matter.

                                       Respectfully submitted,
                                       The Plaintiff,
                                       By their attorneys,
                                       SAULINO & SILVIA, P.C.,

                                       By: _____
                                       Joseph H. Silvia, Esquire
                                       BBO: 552215
                                       550 Locust Street
                                       Fall River, MA  02720
                                       (508) 675-7770
                                       June 15, 2004

### CERTIFICATE OF SERVICE

**BRISTOL, ss.**                                                                             June 15, 2004

       I, Joseph H. Silvia, Esquire, counsel of record for the Plaintiff, do hereby certify that a copy of the foregoing was served upon the Defendant by mailing a copy of the same, via first class mail, postage prepaid, Zenone, Inc., pro se, 120 Grove Street, Franklin, Massachusetts 02038.

                                                     _____
                                                     Joseph H. Silvia, Esquire
                                                     Counsel for Plaintiff

SAULINO & SILVIA, P.C.
Attorneys at Law
550 LOCUST STREET
FALL RIVER, MA 02720
TELEPHONE
(508) 675-7770
FACSIMILE
(508) 675-7771