UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

M.B.D. No.
04-10107

IN E: BUCHANAN MARINE, LP

Plaintiff

v.

ZENONE, INC.

Defendant

ORDER

May 27, 2004

COHEN, M.J.

Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court [effective September 1, 1990], and upon review of the relevant pleadings, the motion of the judgment creditor, Buchanan Marine, LP, to request post-judgment remedy (# 02) is allowed. The said James Zenone shall appear for a deposition at the Law Offices of Saulino & Sylvia, 550 Locust Street, Fall River, Massachusetts, on July 21, 2004, at 10:00 a.m., and he shall bring to that deposition those documents referred to in Schedule "A" to the motion, that is, the same documents which he was previously ordered to produce by the United States District Court for the District of Massachusetts.



**Norfolk County Sheriff's Department**     15 Bryant St., Suite 201 • Dedham, MA 02026 • (781) 326-1787

*Norfolk, ss.*

July 8, 2004

I hereby certify and return that on 7/6/2004 at 03:00 pm I served a true and attested copy of the motion to request post judgement remedy and order in this action in the following manner: To wit, by delivering in hand to Lorraine Carter, clerk and agent, person in charge at the time of service for Zemone Inc, at , 120 Grove Street, Franklin, MA 02038.Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($21.44) Total Charges $61.94

**Deputy Sheriff Joan Geer**

_____
*Deputy Sheriff*